| | |
|---|---|
| 1 | Jennifer L. Braster |
| | Nevada Bar No. 9982 |
| 2 | jbraster@naylorandbrasterlaw.com |
| | NAYLOR & BRASTER |
| 3 | 1050 Indigo Drive, Suite 200 |
| | Las Vegas, NV 89145 |
| 4 | (T) (702) 420-7000 |
| | (F) (702) 420-7001 |
| 5 | |
| | Cheryl L. O'Connor (admitted *pro hac vice*) |
| 6 | CA Bar No. 173897 |
| | coconnor@jonesday.com |
| 7 | Brianne J. Kendall (admitted *pro hac vice*) |
| | CA Bar No. 287669 |
| 8 | bkendall@jonesday.com |
| | JONES DAY |
| 9 | 3161 Michelson Drive |
| | Suite 800 |
| 10 | Irvine, CA 92612.4408 |
| | (T) (949) 851-3939 |
| 11 | (F) (949) 553-7539 |
| 12 | Attorneys for Defendant |
| | Experian Information Solutions, Inc. |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THOMAS FOSKARIS, | Case No. 2:17-cv-00506-KJD-PAL |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO EXTEND CASE DEADLINES AND REQUEST FOR ORDER SHORTENING TIME (ECF NOS. 64 AND 65)** |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendants. | Complaint Filed: February 20, 2017 |

Defendant Experian Information Solutions, Inc. ("Experian"), by and through its counsel of record, and Plaintiff Thomas Foskaris ("Plaintiff"; collectively, "the parties"), by and through his counsel of record, hereby stipulate and agree, and respectfully request that the Court order, that the hearing on Plaintiff's Motion to Extend Case Deadlines and Request for Order Shortening Time (ECF Nos. 64 and 65), currently scheduled for February 15, 2018 at 9:30 a.m. (ECF No.

76), be continued to February 28th, or the Court's next available date after those proposed alternative dates.

      This request for a continuance is not made for purposes of delay. Counsel for Experian are unavailable on February 15, 2018, due to previously-scheduled out-of-state trips.

**IT IS SO STIPULATED.**

DATED this <u>8th</u> day of February 2018.

| KNEPPER & CLARK LLC | NAYLOR & BRASTER |
|---|---|
| By: */s/ Miles N. Clark*<br>Miles N. Clark<br>10040 W. Cheyenne Ave.<br>Suite 170-109<br>Las Vegas,, NV 89129<br><br>*Attorneys for Plaintiff Thomas Foskaris* | By: */s/ Jennifer L. Braster*<br>Jennifer L. Braster<br>Nevada Bar No. 9982<br>1050 Indigo Drive, SuIte 200<br>Las Vegas, NV 89145<br><br>Cheryl L. O'Connor (admitted *pro hac vice*)<br>CA Bar No. 173897<br>Brianne J. Kendall (admitted pro hac vice)<br>CA Bar No. 287669<br>JONES DAY<br>3161 Michelson Drive, Suite 800<br>Irvine, CA 92612.4408<br><br>*Attorneys for Defendant Experian Information Solutions, Inc.* |

**IT IS SO ORDERED.** Hearing is continued to **March 6, 2018, at 10:30 a.m.**, in Courtroom 3B.

Dated this 9th day of February 2018..

                                      PEGGY A. LEEN
                                      UNITED STATES MAGISTRATE JUDGE