1  Jennifer L. Braster
   Nevada Bar No. 9982
2  jbraster@naylorandbrasterlaw.com
   NAYLOR & BRASTER
3  1050 Indigo Drive, Suite 200
   Las Vegas, NV 89145
4  (T) (702) 420-7000
   (F) (702) 420-7001
5
   Cheryl L. O'Connor (admitted *pro hac vice*)
6  CA Bar No. 173897
   coconnor@jonesday.com
7  Brianne J. Kendall (admitted *pro hac vice*)
   CA Bar No. 287669
8  bkendall@jonesday.com
   JONES DAY
9  3161 Michelson Drive
   Suite 800
10 Irvine, CA 92612.4408
   (T) (949) 851-3939
11 (F) (949) 553-7539

12 Attorneys for Defendant
   Experian Information Solutions, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THOMAS FOSKARIS,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendants. | Case No. 2:17-cv-00506-KJD-PAL<br><br>**STIPULATION TO CONTINUE DISPOSITIVE MOTION DEADLINE (Third Request)**<br><br>Complaint Filed: February 20, 2017 |

Defendant Experian Information Solutions, Inc. ("Experian"), by and through its counsel of record, and Plaintiff Thomas Foskaris ("Plaintiff"; collectively, "the parties"), by and through his counsel of record, hereby submit this stipulation to extend the dispositive motion deadline contained in the scheduling order entered on August 11, 2017 (ECF No. 29) pursuant to LR IA 6-1 and LR 26-4.

1   This is the parties' second stipulation, and Plaintiff's third request, to continue the dispositive motion deadline in this matter.  On May 31, 2017, the Court entered a scheduling order setting the dispositive motion deadline as December 19, 2017.  (ECF No. 16.)  On August 11, 2017, the Court granted the parties' joint stipulation to extend the dispositive motion deadline to March 14, 2018.  (ECF No. 29.)  On March 6, 2018, the Court denied Plaintiff's motion to extend case deadlines, including the dispositive motion deadline.  (ECF No. 93.)  Although the Court denied Plaintiff's request, Experian has maintained its position that it remains willing to stipulate to extend the dispositive motion deadline.  (*See* ECF No. 72-1, ¶ 22.)

On March 12, 2018, the parties met and conferred regarding some of Experian's responses to Plaintiff's written discovery.  During the meet and confer discussion, Experian agreed to provide supplemental responses by March 16, 2018.   Based on the foregoing, the parties jointly propose and stipulate to a nine day extension of time to the dispositive motion deadline to **March 23, 2018.**  Good cause exists to grant the stipulated extension of this deadline so as to permit Plaintiff sufficient time to prepare his dispositive motion in light of Experian's forthcoming amended discovery responses.

**IT IS SO STIPULATED.**

DATED this 12th day of March, 2018.                JONES DAY


By: /s/ *Cheryl L. O'Connor*
Cheryl L. O'Connor (admitted *pro hac vice*)
CA Bar No. 173897
coconnor@jonesday.com
3161 Michelson Drive
Suite 800
Irvine, CA 92612.4408

Jennifer L. Braster
Nevada Bar No. 9982
jbraster@naylorandbrasterlaw.com
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145

*Attorneys for Defendant Experian Information Solutions, Inc.*

DATED this 12th day of March, 2018.                KNEPPER & CLARK LLC


By: /s/ *Miles N. Clark*
Miles N. Clark
10040 W. Cheyenne Ave.
Suite 170-109
Las Vegas,, NV 89129

*Attorneys for Plaintiff Thomas Foskaris*

**IT IS SO ORDERED.**

Dated this 13th day of March, 2018.




_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE DISPOSITIVE
MOTION DEADLINE (Third Request)
Case No. 2:17-cv-00506-KJD-PAL
- 3 -