AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Thomsas Foskaris

              Plaintiff,

v.

Experian Information Solutions, Inc.

              Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:17-cv-00506-KJD-PAL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of Defendant Experian Information Solutions, Inc and against Plaintiff Thomsas Foskaris.

July 11, 2018
Date

DEBRA K. KEMPI
Clerk

/s/ M. Morrison
Deputy Clerk